■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC THOMAS, Appellant. [963 NYS2d 583]—Order, Supreme Court, Bronx County (Megan Tallmer, J.), entered on or about February 4, 2011, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure to level two (*see People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 418, 421 [2008]). Neither defendant's age (late 40s) nor any of the other factors cited by defendant warranted a downward departure, given such factors as the seriousness of his sex offense against two young children (*see e.g. People v Gajadhar*, 103 AD3d 572 [1st Dept 2013]; *People v*

*Ward*, 83 AD3d 561 [1st Dept 2011], *lv denied* 17 NY3d 707 [2011]). Concur—Tom, J.P., Acosta, Román, Feinman and Clark, JJ.